IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE PAMCAH-UA LOCAL 675 TRUST FUNDS (Reggie Castanares, Val Ceria, Robert M. Fernandez, Sam Fujikawa, Kent A. Matsuzaki, Gregg Serikaku and Mark K. Suzuki), by and through their Administrator, FRANCIS CHUN,<br><br>        Plaintiffs,<br><br>   vs.<br><br>BLAZEMASTERS FIRE PROTECTION, LLC,<br><br>        Defendant.<br>_____ | CIVIL 10-00422-DAE-BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on November 18, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT BLAZEMASTERS FIRE

PROTECTION, LLC, FILED OCTOBER 4, 2010," document no. 10, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 9, 2010.



_____
David Alan Ezra
United States District Judge

Trustees of the PAMCAH-UA LOCAL 675 TRUST FUNDS, et al. vs. Blazemasters Fire Protection, LLC, Civil No. 10-00422 DAE-KSC, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION